# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
December 10, 2013

Lyle W. Cayce
Clerk

No. 12-40907
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RODERRETTE DEWRAYNE MCCLURE,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 9:11-CR-38-1

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Roderrette Dewrayne McClure has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). McClure has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as McClure's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.